IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00189-PAB-CBS

JENNIFER J. THORNTON,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court upon plaintiff's Motion to Dismiss [Docket No. 17]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the Motion to Dismiss [Docket No. 17] is GRANTED. It is further

ORDERED that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 21, 2011.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge